UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBYN JOSEPH | CIVIL ACTION |
| VERSUS | NO. 25-504 |
| CITY OF NEW ORLEANS HEALTH DEPARTMENT | SECTION M (1) |

## ORDER

After considering the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and finding that as of this date the parties have filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

IT IS ORDERED that plaintiff's complaint is DISMISSED for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 16th day of June, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.